UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 14-6110 |
| JIAN HAN<br>a/k/a "Alex Han" | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joyce M. Malliet, Assistant U.S. Attorney), and defendant JIAN HAN, a/k/a "Alex Han" (by Robert A. Mintz, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and three continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize and file a plea

agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___1st___ day of ___July___, 2015,

ORDERED that this action be, and it hereby is, continued for a period of 30 days from July 6, 2015; and it is further

ORDERED that the period from July 6, 2015 through August 5, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

Form and entry
consented to:

_____
JOYCE M. MALLIET
Assistant U.S. Attorney

_____
ANTHONY MOSCATO
Chief, National Security Unit

_____
JOHN GAY
Deputy Chief, Criminal Division

_____
ROBERT A. MINTZ, ESQ.
Counsel for defendant JIAN HAN